**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

FRED DWAYNE GILBERT

    Petitioner,

    vs.

SACRAMENTO COUNTY SUPERIOR COURT,

    Respondent.

No. CIV S-08-0832 LKK CMK P

<u>ORDER</u>

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

1

1        2.      The Clerk of the Court is directed to send petitioner a new form
2 Application to Proceed In Forma Pauperis By a Prisoner.

  DATED: April 29, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

2