IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DWAYNE GILBERT

    Petitioner,                                             No. CIV S-08-0832 LKK CMK P

    vs.

SACRAMENTO COUNTY SUPERIOR COURT,

    Respondent.                                     ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On May 13, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

---

[1] A review of the docket shows that prior orders have been returned. The findings and recommendations have not been returned. However, it is the responsibility of the parties to keep the court apprised of their address of record at all times. Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective. The parties were properly served with the findings and recommendations.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed May 13, 2008, are adopted in full;
5  2. This case is dismissed, without prejudice, for lack of prosecution and
6 failure to comply with court rules and orders; and
7  3. The Clerk of the Court is directed to enter judgment and close this case.
8 DATED: July 24, 2008

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```